UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN BETHEL,

          **Plaintiff,**

-vs-                                        Case No. 6:05-cv-1117-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

          **Defendant.**

_____

# ORDER

This case is before the Court on the Complaint/Appeal filed by Plaintiff of the final decision of the Commissioner of Social Security (Doc. No. 1) filed July 29, 2005. The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed November 17, 2006 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The decision of the Commissioner is **AFFIRMED**.

3.    All pending motions are **DENIED** as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___28___ day of December, 2006.

                                                                         _____
                                                                         JOHN ANTOON II
                                                                         United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party